# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CHAVEZ MANGDANI,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:26-cv-00972-KES-SAB-HC<br><br>ORDER VACATING FEBRUARY 5, 2026 BRIEFING SCHEDULE<br><br>(ECF No. 6) |

In light of Petitioner filing a motion for temporary restraining order on February 11, 2026, (ECF No. 7), and the Court's briefing schedule for the motion, (ECF No. 8), the Court HEREBY VACATES the briefing schedule issued on February 5, 2026, (ECF No. 6).

IT IS SO ORDERED.

Dated:   **February 12, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge